**IN RE: Ronald W. GRIGG, Respondent.**

Bar Registration No. 422400, DDN: 58–11

No. 16–BG–763

District of Columbia Court of Appeals.

(FILED November 10, 2016)

BEFORE: McLeese, Associate Judge, and Belson and Farrell, Senior Judges.

### ORDER

PER CURIAM

On consideration of the certified order of the Supreme Court of California suspending respondent from the practice of law in that jurisdiction for a period of one year, stayed in favor of a two-year probationary period with conditions, this court's August 10, 2016, order, directing respondent to show cause why reciprocal discipline should not be imposed, the statement of Disciplinary Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's show cause order, it is

ORDERED that Ronald W. Grigg is hereby suspended from the practice of law in the District of Columbia for a period of one year, stayed in favor of a two-year probationary period subject to the conditions imposed by the state of California. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

■

**IN RE: Larry D. HUNT, Respondent.**

Bar Registration No. 464929, DDN: 137–16

No. 16–BG–812

District of Columbia Court of Appeals.

(FILED - November 10, 2016)

BEFORE: McLeese, Associate Judge, and Belson and Farrell, Senior Judges.

### ORDER

PER CURIAM

On consideration of the certified order suspending respondent from the practice of law in the state of Maryland for a period of sixty days, this court's August 26, 2016, order suspending respondent pending further action of the court and directing him to show cause why he should not be suspended for a period of sixty days as reciprocal discipline, the statement of respondent asking that the court not suspend him, the statement of Disciplinary Counsel regarding reciprocal discipline, and respondent's D.C. Bar R. XI, § 14 (g) affidavit filed on September 22, 2016, it is

ORDERED that Larry D. Hunt is hereby suspended from the practice of law in the District of Columbia for a period of sixty days, *nunc pro tunc* to September 22, 2016.